UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

U.S. Edge, Inc.

Chapter 7
Case No. 15-11833-FJB

Debtor.

### S<small>TATUS</small> R<small>EPORT</small>

Joseph G. Butler, as chapter 7 trustee (the "Trustee") of the estate of U.S Edge, Inc. (the "Debtor"), submits this status report pursuant to the Court's March 18, 2022 notice.

1. On May 7, 2015, (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under chapter 11 of the United States Bankruptcy Code (11 U.S.C. §§101, et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

2. On December 13, 2017, the case was converted to a case under chapter 7.

3. On December 14, 2017, Joseph G. Butler was appointed as the chapter 7 Trustee.

4. On July 6, 2017 pursuant to the authority granted to it by this Court, the Official Committee of Unsecured Creditors (the "Committee") filed a Complaint ("Complaint") commencing Adversary Proceeding No. 17-1067 (the "Adversary Proceeding") against the Defendant, asserting claims for avoidance and recovery of fraudulent transfers and for breach of fiduciary duty.

5. On October 23, 2019, the Court entered an order (docket no. 305) authorizing and approving a settlement of the Estate's claims against Michael G. Baker as asserted in the Adversary Proceeding and further ordering that the Estate would recover the sum of $65,000, plus interest at a rate of 1.58% per annum accruing from that date, and ordering the Baker

execute and deliver to the estate promissory note and a mortgage on real property owned by Michael G. Baker and located in Westwood, Massachusetts. Mr. Baker executed and delivered a promissory note in the amount of $65,000.00 and a mortgage to secure the payment of the promissory note. The promissory note matured at 12 pm on October 29, 2020.

6. On December 11, 2020, the Estate received the sum of $67,122.50 as payment of the promissory note.

7. The Estate currently has the sum of $62,126.76

8. The claims bar date in the case passed on February 21, 2018. There are a total of eighty seven claims filed in the case, in the total amount of $930,686.70. The filed claims include secured claims in the amount of $585,227.20, priority claims in the amount of $61,703.91 and administrative claims in the amount of $8,580.86[1].

9. On April 7, 2022, the Trustee filed objections to three secured claims, twelve priority claims and one claim that was filed as both a secured and priority claim. The bar date for responses to the claims objections is May 9, 2022 and hearings on the objections have been scheduled for May 18, 2022.

10. The Trustee estimates that final report will be filed with the Office of the United States Trustee on or about June 15, 2022.

April 15, 2022

/s/Joseph G. Butler
Joseph G. Butler, As Chapter 7 Trustee of
U.S. Edge, Inc.
c/o Law Office of Joseph G. Butler
355 Providence Highway
Westwood, MA 02090
781 636 3638
JGB@JGButlerlaw.com

---

[1] The administrative claims do not include any claims for the Trustee's commission, his accountants' fees or the fees of special counsel.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>U.S. Edge, Inc.<br><br>Debtor. | Chapter 7<br>Case No. 15-11833-FJB |
|---|---|

CERTIFICATE OF SERVICE

I, Joseph G. Butler, do hereby certify that on April 15, 2022, I served the Status Report of Chapter 7 Trustee on the persons on the attached service list via the Court's electronic filing system.

Signed under the penalties of perjury April 15, 2022.

                                            /s/ Joseph G. Butler
                                            Joseph G. Butler

Service List
U.S. Edge, Inc.
Case no. 15-11833-FJB

**VIA ECF**

- Damian Boz    damian@boz-law.com, G31676@notify.cincompass.com
- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Colin Creager    creagerc@icloud.com
- Michael J. Fencer    fencer@casneredwards.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- David Koha    koha@casneredwards.com, luo@casneredwards.com;kohadr97042@notify.bestcase.com
- Nicholas F. Ortiz    nfo@mass-legal.com, cdc@mass-legal.com